IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02451-PAB-MJW

TONYA DUNLAP,

Plaintiff(s),

v.

SPEC PRO, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate and Reset Settlement Conference, DN 9, filed with the Court on February 10, 2012, is GRANTED. The Settlement Conference set on February 23, 2012, at 10:00 a.m., is VACATED. The parties may file a joint or unopposed motion to reset the settlement conference in this matter at an appropriate time.

Date: February 10, 2012