IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-02451-PAB-MJW

TONYA DUNLAP,

Plaintiff(s),

v.

SPEC PRO, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Joint Motion to Extend Discovery and Dispositive Motions Deadline (docket no. 18) is GRANTED finding good cause shown. The discovery cut off date is extended to July 31, 2012. The dispositive motion deadline is extended to August 31, 2012. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: June 14, 2012