IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-02451-PAB-MJW

TONYA DUNLAP,

Plaintiff,

v.

SPEC PRO, INC.,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Amend Final Pre-Trial Order (Docket No. 46) is GRANTED. The Pretrial Order (Docket No. 23) is amended to add Debbie Carrick to defendant's "May Call" witness list.

Date: March 15, 2013