# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   11-cv-02451-PAB-MJW | FTR - Courtroom A-502 |
| **Date:**   April 04, 2013 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| TONYA DUNLAP, | Michael R. Waters |
| Plaintiff(s), | |
| v. | |
| SPEC PRO, INC., | Brooke A. Colaizzi |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC  MOTION  HEARING
**Court in Session:**   9:00 a.m.
Court calls case.  Appearances of counsel.

The Court raises defendant's Second Motion to Amend Final Pre-Trial Order (Dkt. No. 23) for argument.

Statements by defendant's counsel.
Statements by plaintiff's counsel.

**It is ORDERED:**   Defendant's SECOND MOTION TO AMEND FINAL PRE-TRIAL ORDER (DKT. NO. 23) [Docket No. **57**, filed April 01, 2013]  is **GRANTED** for reasons as set forth on the record.
The FINAL PRETRIAL ORDER [Docket No. 23] is amended to add John S. Reeder as a "may call" witness on Defendant's Witness List.

Hearing concluded.
**Court in recess:**   9:03 a.m.
Total In-Court Time 00: 03

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.