**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02451-PAB-MJW

TONYA DUNLAP,

    Plaintiff,

v.

SPEC PRO, INC., a foreign corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Commencing on April 8, 2013, this action was tried before a jury of nine, duly sworn, to try the issues herein with U.S. District Judge Philip A. Brimmer presiding, and the jury rendered a verdict.  Accordingly, It is

ORDERED judgment shall enter in favor of Plaintiff TONYA DUNLAP and against Defendant SPEC PRO, INC., the amount of One Dollar ($1.00) plus postjudgment interest at the rate of 0.12%. It is further

ORDERED that the plaintiff is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 17th day of April, 2013.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By: s/Edward P. Butler
                                          Edward P. Butler, Deputy Clerk